```
UDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
  CRAIG LEON LIPSAY,
                Plaintiff,

v.

  EQUIFAX INFORMATION SERVICES LLC;
  EXPERIAN INFORMATION SOLUTIONS,
  INC; GENESIS FS CARD SERVICES, INC;
  and TRANS UNION LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

21 CV 1574 (VB)

       The Court having So Ordered the parties' Stipulated Protective Order dated April 19, 2021, which, among other things, contains an addendum providing for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

The Clerk is instructed to terminate the motion. (Doc. #36).

Dated: March 29, 2021
       White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge