UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEON LIPSAY,

                           Plaintiff,                    :

v.                                                       :

                                                         :

EQUIFAX INFORMATION SERVICES LLC;                        :
EXPERIAN INFORMATION SOLUTIONS,                          :
INC.; GENESIS FS CARD SERVICES, INC;                     :
and TRANS UNION LLC,                                     :
                           Defendants.                   :

                                                         :

------------------------------------------------------------x

5/27/21

**ORDER OF**
**PARTIAL DISMISSAL**

21 CV 1574 (VB)

The Court has been advised plaintiff and defendants Experian Information Solutions, Inc.

("Experian") and Equifax Information Services LLC ("Equifax"), have reached a settlement in

principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed as to

Experian Information Solutions, Inc., and Equifax Information Services LLC only, without costs,

and without prejudice to the right to restore Experian and Equifax to the action, provided the

application to restore Experian and Equifax to the action is made by no later than August 25,

2021.  To be clear, any application to restore Experian or Equifax to the action must be filed by

August 25, 2021, and any application to restore Experian or Equifax to the action filed thereafter

may be denied solely on the basis that it is untimely.

The Clerk is instructed to terminate Experian Information Solutions, Inc., and Equifax

Information Services LLC from the docket.

Dated:  May 27, 2021
        White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge