UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

LEON LIPSAY,

              Plaintiff,

v.

GENESIS FS CARD SERVICES, INC; and
TRANS UNION LLC,

              Defendants.

-------------------------------------------------------x

**ORDER OF**
**PARTIAL DISMISSAL**

21 CV 1574 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/21

    The Court has been advised plaintiff and defendant Trans Union LLC, have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Trans Union LLC only, without costs, and without prejudice to the right to restore Trans Union LLC to the action, provided the application to restore Trans Union LLC to the action is made by no later than September 6, 2021. To be clear, any application to restore Trans Union LLC to the action must be filed by September 6, 2021, and any application to restore Trans Union LLC to the action filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Trans Union LLC from the docket.

Dated: June 9, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge