UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEON LIPSAY,
                Plaintiff,

v.                                       **ORDER OF DISMISSAL**

GENESIS FS CARD SERVICES, INC.,         21 CV 1574 (VB)
                Defendant.
--------------------------------------------------------------x

        The Court has been advised that all parties have reached a settlement in principle in this case. Accordingly, it is HEREBY ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action, provided the application to restore the action is made by no later than October 19, 2021. To be clear, any application to restore the action must be filed by October 19, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All other deadlines, conferences, or other scheduled court appearances are cancelled.

        The Clerk is instructed to close the case.

Dated: July 22, 2021
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/22/2021]